UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED

Aug 31 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES OF AMERICA,

v.

ELVIN EDUARDO CRUZ-CRUZ,

Defendant.

Case No. 3:23-MJ-71328 MAG

Charging District's Case Number:

12-cr-00113-WYD-10

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the District of Colorado, Case Number 12-cr-00113-WYD-10.

The defendant may need an interpreter for this language: Spanish

The defendant is:

( ) will obtain an attorney.

(X) is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, **ELVIN EDUARDO CRUZ-CRUZ**, forthwith, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated: 8/31/2023

_____
Honorable Thomas S. Hixson
United States Magistrate Judge